CENTRAL RAILROAD & BANKING CO. OF GEORGIA et al. v. COLUMBUS IRON-WORKS CO. (Circuit Court of Appeals, Fifth Circuit. November 8, 1898.) No. 642. Appeal from the Circuit Court of the United States for the Southern District of Georgia. A. R. Lawton, J. M. Cunningham, and Marion Erwin, for appellants. Isaac Hardeman, B. M. Davis, and C. M. Turner, for appellee. Dismissed, pursuant to the twentieth rule.

CENTRAL RAILROAD & BANKING CO. OF GEORGIA et al. v. McCANTS. (Circuit Court of Appeals, Fifth Circuit. November 8, 1898.) No. 643. Appeal from the Circuit Court of the United States for the Southern District of Georgia. A. R. Lawton, J. M. Cunningham, and Marion Erwin, for appellants. Isaac Hardeman, B. M. Davis, and C. M. Turner, for appellee. Dismissed, pursuant to the twentieth rule.

CRANE v. EWING. (Circuit Court of Appeals, First Circuit. October 18, 1898.) No. 253. In Error to the Circuit Court of the United States for the District of Massachusetts. Alfred Hemenway and Arthur H. Wellman, for plaintiff in error. Hollis R. Bailey and Lawrence Bond, for defendant in error. Before COLT, Circuit Judge, and WEBB and ALDRICH, District Judges. Dismissed, without costs, per stipulation.

Ex parte FRANKLIN MIN. CO. (Circuit Court of Appeals, Sixth Circuit. January 3, 1899.) No. 679. Petition for writ of mandamus. Horace G. Stone and Morison R. Waite, for petitioner. Petition denied.

IRON SILVER MIN. CO. v. SEDAM et al. (Circuit Court of Appeals, Eighth Circuit. December 6, 1898.) No. 778. Appeal from the Circuit Court of the United States for the District of Colorado. Edward O. Wolcott and Joel F. Vaile, for appellant. Dismissed for failure to print record, pursuant to the twenty-third rule.

THE JULIA S. BAILEY. (Circuit Court of Appeals, First Circuit. September 2, 1898.) No. 257. Appeal from the District Court of the United States for the District of Maine. George E. Bird, for appellant. Benjamin Thompson, for appellee. Before COLT, Circuit Judge, and ALDRICH, District Judge. Dismissed, without costs.

McDOUGALL v. MOULTON. SAME v. CRAWFORD. SAME v. ABERDEEN BANK. SAME v. BLODGETT. (Circuit Court of Appeals, Ninth Circuit. September 12, 1898.) Nos. 475–478. Appeals from the Circuit Court of the United States for the District of Washington. Ben Sheeks and John C. Hogan, for appellees. Dismissed, with costs, pursuant to the sixteenth rule.

MARBLE v. STEVENSON. (Circuit Court of Appeals, Ninth Circuit. October 3, 1898.) No. 420. Appeal from the Circuit Court of the United States for the Southern District of California. John D. Works and Brander W.